IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:04-cr-115 |
| | ) | |
| CLIFFORD T. MATHIS | ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the parties' second joint motion for a continuance of the trial [doc. 65]. The parties state that they entered into an agreement under which the United States would defer prosecution of the defendant for a period of twelve months. If the defendant was able to demonstrate good conduct during this twelve months, the government would dismiss the charges against this defendant. The trial of this case was thus deferred for twelve months. However, the parties aver and agree that an additional six months is required for the defendant to complete his 150 hours of community service.

The court finds the motion well taken, and it will be granted. Pursuant to 18 U.S.C. § 3161(h)(2), it is hereby **ORDERED** that the parties' motion for a

continuance is **GRANTED**, and this criminal case is **CONTINUED** to October 2, 2006, at which time the parties shall inform the court in writing whether the charges against the defendant will be dismissed.

ENTER:

      *s/ Leon Jordan*
United States District Judge